Roy G. Rowlen and Ada L. Rowlen, Plaintiffs and Counterdefendants-Appellees, v. Milton M. Hermann and Mildred L. Hermann, Defendants and Counterplaintiffs-Appellants.

Gen. No. 53,787.

First District, Second Division.

September 15, 1970.

Albert Koretzky, of Chicago, for appellants; Maxwell Lubershane, Lubershane and Langer, of Chicago, for appellees. Opinion by JUSTICE LYONS. Not to be published in full.